# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>v.<br><br>DOMINIQUE BROWN, DORIS BROWN, KARINA JOHNSON, BOBBY MICKEY, TERRILL BROWN, BRANDON MICKEY, and DIAMOND ABBOTT,<br><br>         Defendants. | Case No. 15-CR-226-JPS<br><br><br><br><br><br>**ORDER** |

  On March 7, 2017, the defendant Terrill Brown filed an unopposed motion to adjourn the trial date in this matter. (Docket #157). Based on the representations therein, the Court will grant the request. The Court's trial May 27, 2016 scheduling order shall be modified as follows:

  **Plea Agreement Deadline**:  May 22, 2017

  **Final Pretrial Report Due**:  May 25, 2017, before 2:00 p.m.

  **Final Pretrial Conference**:  May 30, 2017, at 8:30 a.m.

  **Jury Trial**:  June 5, 2017, at 8:30 a.m.

The remainder of the trial scheduling order remains in effect. (Docket #59). **NO FURTHER ADJOURNMENTS WILL BE CONSIDERED FOR ANY REASON**.

  Accordingly,

  **IT IS ORDERED** that the defendant Terrill Brown's motion to adjourn (Docket #157) be and the same is hereby **GRANTED**; and

  **IT IS FURTHER ORDERED** that certain dates in the trial scheduling order (Docket #59) are modified in accordance with the terms of this Order.

Dated at Milwaukee, Wisconsin, this 8th day of March, 2017.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge